UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
Case No. 1:12-cv-00124-JHM-HBB

| | |
|---|---|
| JOHN DANIEL TATE, dba Back Door To Heaven Music Publishing (ASCAP), Come On In Music Publishing (BMI), The Tate Music Group, Airstream Productions, and John Daniel Tate, individually,<br><br>            PLAINTIFF,<br><br>vs.<br><br>THE STATE OF TENNESSEE, Gov. Haslam, Office of Attorney General, Robert E. Cooper;<br><br>PROBATE DIVISION of the Davidson Circuit Court, D. Randy Kennedy as both Judge and Ministerial Officer/Agent/Superior Guardian;<br><br>DAVID E. TATE, individually and as Conservator/Appointee/Agent of and for the Probate Division;<br><br>DAVID WARREN VANDER SCHUIT;<br><br>KATERINA JOANNA TATE;<br><br>PAUL T. HOUSCH, Attorney at Law;<br><br>VANGUARD GROUP;<br><br>MICHAEL HOSKINS, Attorney at Law.<br><br>            DEFENDANTS | **ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

**COME NOW**, the Defendants, David E. Tate, Paul T. Housch and Katerina Joanna Tate, by and through their undersigned counsel, and for their answer to the Plaintiff's Complaint, state as follows:

1. Defendants respectfully request the Court to dismiss the Complaint on the following bases:

    a. Lack of personal jurisdiction;

    b. Improper venue;

    c. Insufficient service of process;

    d. Failure to state a claim against these Defendants upon which relief can be granted.

2. Defendants specifically deny that the amount in controversy in this action exceeds the jurisdictional requirement of $75,000 with regard to the matter raised in the Complaint.

3. Any allegation not specifically admitted is hereby denied.

4. Defendants are without sufficient knowledge or information so as to be able to form a belief as to the truth or falsity of all allegations claimed in the Plaintiff's Complaint and generally deny any such allegations and any liability under the terms of the Plaintiff's Complaint.

**WHEREFORE**, the Defendants respectfully request the Court to dismiss the Plaintiff's Complaint, that the Plaintiff recover nothing from these Defendants thereunder, and for any and all other relief to which these Defendants may appear entitled.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of filing or sent via U.S. Mail to the following:

John Daniel Tate
P.O. Box 261
Franklin, KY  42135
*Plaintiff*
(sent via U.S. Mail)

Mary B. Ferrara
Tennessee Attorney General
P.O. Box 20207
Nashville, TN  37202
mary.ferrara@ag.tn.gov
*Counsel for Defendants:*
*Robert E. Cooper, Office of Attorney General, State of Tennessee*
*Bill Haslam, Governor, State of Tennessee*
*D. Randy Kennedy, Judge*
*Probate Division of the Davidson Circuit Court*
*State of Tennessee*
(sent via e-notification through CM/ECF and U.S. Mail)

Jana M. Smoot White
Fowler, Measle & Bell, PLLC
300 W. Vine Street, Suite 600
Lexington, KY  40507-1660
federaldistrictwky@fowlerlaw.com
*Counsel for Vanguard Group*
(sent via e-notification through CM/ECF and U.S. Mail)
AND
John R. Landis
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
Jrlandis@foley.com
*Counsel for Vanguard Group*
(sent via e-notification through CM/ECF and U.S. Mail)

David Warren Vander Schuit
5202 La Jolla Hermosa Avenue
La Jolla, CA  92037
*Defendant*
(sent via U.S. Mail)

Michael Hoskins
3200 West End Avenue, Suite 500
Nashville, TN  37203
***Defendant***
(sent via U.S. Mail)

  **SO ANSWERED AND CERTIFIED** this 14th day of August, 2012.


/s/ *Robert E. Ison*
Robert E. Ison
ISON, HARTON & CAVANAH, LLP
612 South Main Street
P. O. Box 648
Hopkinsville, KY  42241-0648
Telephone: 270.886.8272
Facsimile: 270.885.5207
Email:  bison@kihtlaw.com
     tcoombs@kihtlaw.com
***Counsel for Defendants:***
***David E. Tate***
***Paul T. Housch, Attorney at Law***
***Katerina Joanna Tate***