IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| **JOHN DANIEL TATE** | : |
| **PLAINTIFF** | : Civil Action No. 1:12CV-00124-JHM |
| v. | : CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **STATE OF TENNESSEE, ET AL.** | : |
| **DEFENDANTS** | : |

## ORDER

Defendants, David E. Tate, Paul T. Housch and Katerina Joanna Tate, in their answer to the Plaintiff's complaint, make a motion to dismiss for lack of personal jurisdiction, improper venue, insufficient service of process, and failure to state a claim. Fed. R. Civ. P. 12(b) provides that the above-referenced defenses may, at the option of the pleader, be made by separate motion prior to filing an answer. If made simultaneously with an answer, the defenses should simply be plead as defenses in the answer.

The Defendants' motion to dismiss was not a separate motion apart from the answer. It was not accompanied by a supporting memorandum as required by Local Rule 7.1(a). Therefore, the Court shall not consider the Defendants' motion to be a separate motion upon which a ruling should be made at this time. Instead, the Court deems the Defendants' answer to raise as defenses in a responsive pleading the defense of: (a) lack of personal jurisdiction, (b) improper venue, (c) insufficient service of process, and (d) failure to state a claim, all pursuant to Fed. R. Civ. P. 12(b).

**IT IS SO ORDERED**.

Copies to:   Counsel of record