UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO. 1:12-CV-000124-JHM

JOHN DANIEL TATE                                                                                    PLAINTIFF

v.

STATE OF TENNESSEE, ET. AL.,                                                              DEFENDANTS

### MEMORANDUM OPINION AND ORDER

This matter is before the Court on various motions to dismiss and on the Plaintiff's motion to withdraw [DN 29], which the Court will treat as a motion to voluntarily dismiss the action pursuant to Fed. R. Civ. P. 41(a)(2), and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **dismissed.** The action is dismissed with prejudice because the Plaintiff made no response to the Defendants' various motions to dismiss.

cc: counsel of record